**FILED**

February 21, 2024

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____DT_____
Deputy

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | **Case No: EP:24-CR-00410-DCG** |
| | § | |
| **Plaintiff,** | § | **I N D I C T M E N T** |
| | § | |
| **v.** | § | **CT 1:** 8 U.S.C. § 1326(a) & (b)(1) – Illegal Re-Entry |
| | § | |
| **LORENZO HERNANDEZ-MENDEZ,** | § | |
| | § | |
| **Defendant.** | § | |

THE GRAND JURY CHARGES:

<u>**COUNT ONE**</u>
(8 U.S.C. § 1326(a) & (b)(1))

On or about January 26, 2024, in the Western District of Texas, Defendant,

**LORENZO HERNANDEZ-MENDEZ,**

an alien, who had previously been excluded, deported, and removed from the United States, attempted to enter, entered, and was found in the United States, without having previously received express consent to reapply for admission from the United States Attorney General and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

A TRUE BILL.



FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
     Assistant U.S. Attorney